# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Riverdale Plating & Heat Treating, LLC v. Andre Corporation and David Andre

Case Number: 15-cv-03255

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Andre Corporation and David Andre, for the sole purpose of contesting personal jurisdiction and/or venue.

| | |
|---|---|
| NAME (Type or print)<br>Brian J. Sharpe | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Brian J. Sharpe | |
| FIRM<br>LaPointe Law, P.C. | |
| STREET ADDRESS<br>1200 Shermer Road, Suite 310 | |
| CITY/STATE/ZIP<br>Northbrook, IL 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6310156 | TELEPHONE NUMBER<br>847-786-2505 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐