**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RIVERDALE PLATING & HEAT TREATING, LLC, | ) | |
| | ) | Case No. 15-cv-03255 |
| Plaintiff, | ) | |
| | ) | Judge Gary Feinerman |
| v. | ) | |
| | ) | |
| ANDRE CORPORATION and DAVID ANDRE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS ANDRE CORPORATION AND DAVID ANDRE'S**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

NOW COMES Defendants Andre Corporation and David Andre, by and through their undersigned attorneys, and pursuant to Fed. R. Civ. P. 12(b)(2), move this Court to dismiss them as parties to this lawsuit for lack of personal jurisdiction. In support of their Motion, Defendants submit herewith their Memorandum in Support of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

WHEREFORE, for the reasons stated in the accompanying Memorandum of Law, Defendants Andre Corporation and David Andre respectfully request that this Court: (1) dismiss with prejudice Plaintiff's claims against them; (2) award them their attorneys' fees and costs in bringing this motion; and, (3) grant such other relief as this Court deems just and proper.

Dated: May 28, 2015

Respectfully submitted,
Andre Corporation and David Andre

By: /s/ Brian J. Sharpe
One of their Attorneys

Martin K. LaPointe (#6195827)
Brian J. Sharpe (#6310156)
LAPOINTE LAW, P.C.
1200 Shermer Road, Suite 310
Northbrook, IL 60062
(847) 786-2500
mlapointe@lapointelaw.net
bsharpe@lapointelaw.net

**CERTIFICATE OF SERVICE**

The undersigned, an attorney representing Defendants Andre Corporation and David Andre, hereby certifies that he caused a copy of the foregoing **Defendants Andre Corporation and David Andre's Motion to Dismiss for Lack of Personal Jurisdiction** to be filed electronically through the e-filing system with the Northern District of Illinois, Eastern Division, and to be served electronically upon all counsel of record reference below on May 28, 2015:

TO: Timothy L. Binetti
Nicole H. Daniel
DINSMORE & SHOHL, LLP
227 W. Monroe, Suite 3850
Chicago, IL 60606
(312) 428-2723
timothy.binetti@dinsmore.com
nicole.daniel@dinsmore.com

By: /s/ Brian J. Sharpe